ACCEPTED
06-14-00182-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/23/2015 12:10:51 PM
DEBBIE AUTREY
CLERK

## NO.   06-14-00182-CR

| | | |
|---|---|---|
| **ROBERT BRYAN FINCH** | § | **IN THE** |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/23/2015 12:10:51 PM
DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Robert Bryan Finch, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law, Lamar County, Texas.

2. The case below was styled the State of Texas vs. Robert Bryan Finch, and numbered 25677.

3. Appellant was convicted of Theft.

4. Appellant was assessed a sentence of 2 years in a State Jail Facility.

5. Notice of appeal was given on October 6, 2014.

6. The clerk's record was filed on November 7, 2014; the reporter's record was filed on December 29, 2014.

7. The appellate brief was due on February 18, 2015.

8. Appellant requests an extension of time of 5 days, i.e. until February 23, 2015.

9. This is the second motion for an extension to file the brief submitted in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Contemporaneously with the filing of this motion, Counsel is filing Appellant's Brief. Counsel requests this extension so that Appellant's Brief may be filed with the Court.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____

Don Biard
State Bar No. 24047755
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 23, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via email.

Don Biard

**STATE OF TEXAS** §
§
**COUNTY OF LAMAR** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _FEBRUARY 23_____, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

PAUL HUTTO
Notary Public
STATE OF TEXAS
My Comm. Exp. November 17, 2016